**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-02188-DRC |
| | § | |
| THOMAS UNDERWOOD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30A.M. on 11/09/12 , in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/20/2012         By:  /s/ David E. Grochocinski
                                      (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  §  Case No. 09-02188-DRC
§
THOMAS UNDERWOOD  §
§
§
Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $17,378.97
*and approved disbursements of* $647.05
*leaving a balance on hand of[1]:* $16,731.92

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $16,731.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $2,487.90 | $0.00 | $2,487.90 |
| InnovaLaw, PC, Attorney for Trustee Fees | $5,002.50 | $0.00 | $5,002.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $292.98 | $0.00 | $292.98 |
| Scott, Horewich, Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $1,927.50 | $0.00 | $1,927.50 |

Total to be paid for chapter 7 administrative expenses: $9,710.88
Remaining balance: $7,021.04

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $7,021.04 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $7,021.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $25,106.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PRA Receivables Management, LLC as agent for | $16,085.09 | $0.00 | $4,498.16 |
| 2 | PYOD LLC its successors and assigns as assignee of | $3,064.86 | $0.00 | $857.08 |
| 3 | PYOD LLC its successors and assigns as assignee of | $715.42 | $0.00 | $200.07 |
| 4 | PYOD LLC its successors and assigns as assignee of | $962.41 | $0.00 | $269.14 |
| 5 | Recovery Management Systems Corporation | $4,278.90 | $0.00 | $1,196.59 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $7,021.04 |
| Remaining balance: | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David E. Grochocinski
                      Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-02188-DRC
Thomas Underwood                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: ahamilton            Page 1 of 2            Date Rcvd: Sep 21, 2012
                               Form ID: pdf006            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2012.
```
db          #Thomas Underwood,    345 Highview Ave,    Elmhurst, IL  60126-2221
aty         +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
13452968     Beneficial/hfc,    PO Box 1547,    Chesapeake, VA  23327-1547
13452969     Brookwood Loans,    MetaBank,    PO Box 91607,    Sioux Falls, SD  57109-1607
13452970    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    PO Box 85520,    Richmond, VA  23285-5520)
13452980    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual Fa,    PO Box 1093,    Northridge, CA  91328-1093)
13452971    +Chrysler Financial Services Americas LLC,    C/O Riezman BERger PC,    7700 Bonhomme, 7th Floor,
               St Louis, Missouri 63105-1960
13452972    +Exxmblciti,    PO Box 6497,    Sioux Falls, SD 57117-6497
13452973    +Gleason & Gleason,    77 W Washington Ste 1218,    Chicago, IL 60602-3246
13452974    +Harris N.a.,    111 W Monroe St,    Chicago, IL 60603-4095
13452975     Hsbc Bank,    PO Box 5253,    Carol Stream, IL  60197-5253
13872913    +PRA Receivables Management, LLC as agent for,    Beneficial Illinois Inc.,    PO Box 12907,
               Norfolk VA 23541-0907
13452976     QuickClick Loans,    PO Box 5040,    Alpharetta, GA  30023-5040
13452977     Sears/cbsd,    133200 Smith Rd,    Cleveland, OH  44130
13452978     Sears/cbsd,    PO Box 6189,    Sioux Falls, SD  57117-6189
13452966     Underwood Thomas,    345 Highview Ave,    Elmhurst, IL  60126-2221
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13452973     E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2012 00:20:49     Gemb/sams Club,    PO Box 981400,
               El Paso, TX  79998-1400
14054526    +E-mail/Text: resurgentbknotifications@resurgent.com Sep 22 2012 00:16:49
               PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14130568    +E-mail/PDF: rmscedi@recoverycorp.com Sep 22 2012 02:47:36
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13452979     E-mail/Text: JIM@WSCEINC.COM Sep 22 2012 00:19:25     Short Term Loans,
               1400 E Touhy Ave Ste 108,    Des Plaines, IL  60018-3338
                                                                                              TOTAL: 4
```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2012**            **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: ahamilton             Page 2 of 2            Date Rcvd: Sep 21, 2012
                              Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2012 at the address(es) listed below:

              Ariane   Holtschlag    on behalf of Trustee David Grochocinski lawyers@innovalaw.com
              David E Grochocinski    on behalf of Trustee David Grochocinski lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    dgrochocinski@innovalaw.com,   deg@trustesolutions.net
              David P Lloyd    on behalf of Trustee David Grochocinski courtdocs@davidlloydlaw.com
              Gloria C  Tsotsos    on behalf of Creditor   JPMorgan Chase Bank, National Association
               nd-three@il.cslegal.com
              Julie M Gleason    on behalf of Debtor Thomas Underwood juliegleasonlaw@gmail.com,
               gleasonbk@gmail.com;gleasonign@gmail.com;troy@gbankruptcy.com;derek@chicagobk.com;meaghan@chicago
               bk.com;atty_troy@trustesolutions.com;ggbestcase@gmail.com
              Kathleen M. McGuire    on behalf of Trustee David Grochocinski kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net
              Kathryn A Klein    on behalf of Creditor   Chrysler Financial Services Americas, L.L.C. f/k/a
               DaimlerChrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
              Michael J Vitale    on behalf of Defendant Thomas Underwood mvitale1@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 10