UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-02188-DRC |
| | § | |
| THOMAS UNDERWOOD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $21,130.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $7,026.12 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $10,352.85 | | |

3) Total gross receipts of $17,378.97 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $17,378.97 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $10,352.85 | $10,352.85 | $10,352.85 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $25,106.68 | $25,106.68 | $7,026.12 |
| **Total Disbursements** | NA | $35,459.53 | $35,459.53 | $17,378.97 |

4). This case was originally filed under chapter 7 on 01/26/2009. The case was pending for 49 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2013                    By:   /s/ David E. Grochocinski
                                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| INCREDIBLE BULK VENDING | 1129-000 | $17,370.40 |
| Interest Earned | 1270-000 | $8.57 |
| **TOTAL GROSS RECEIPTS** | | **$17,378.97** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $2,487.90 | $2,487.90 | $2,487.90 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $15.12 | $15.12 | $15.12 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $18.47 | $18.47 | $18.47 |
| Green Bank | 2600-000 | NA | $155.08 | $155.08 | $155.08 |
| The Bank of New York Mellon | 2600-000 | NA | $246.38 | $246.38 | $246.38 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | $101.92 | $101.92 | $101.92 |
| EUNICE SACHS & ASSOCIATES | 2990-000 | NA | $105.00 | $105.00 | $105.00 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $5,002.50 | $5,002.50 | $5,002.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $292.98 | $292.98 | $292.98 |
| Scott, Horewich, Pidgeon & Abrams, LLC, Accountant for Trustee | 3410-000 | NA | $1,927.50 | $1,927.50 | $1,927.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,352.85 | $10,352.85 | $10,352.85 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PRA Receivables Management, LLC as agent for | 7100-000 | NA | $16,085.09 | $16,085.09 | $4,501.43 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | NA | $3,064.86 | $3,064.86 | $857.70 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | NA | $715.42 | $715.42 | $200.21 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | NA | $962.41 | $962.41 | $269.33 |
| 5 | Recovery Management Systems Corporation | 7100-000 | NA | $4,278.90 | $4,278.90 | $1,197.45 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $25,106.68 | $25,106.68 | $7,026.12 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8    Page No: 1

| Case No.: | 09-02188-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | UNDERWOOD, THOMAS | | Date Filed (f) or Converted (c): | 01/26/2009 (f) |
| For the Period Ending: | 2/8/2013 | | §341(a) Meeting Date: | 02/24/2009 |
| | | | Claims Bar Date: | 07/08/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 345 HIGHVIEW AVENUE, ELMHURST, IL | $449,000.00 | $0.00 | | $0.00 | FA |
| 2 | CASH ON HAND | $50.00 | $0.00 | | $0.00 | FA |
| 3 | CHECKING ACCOUNTS | $1,105.00 | $0.00 | | $0.00 | FA |
| 4 | HOUSEHOLD GOODS | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | BOOKS, ETC | $500.00 | $0.00 | | $0.00 | FA |
| 6 | CLOTHING | $500.00 | $0.00 | | $0.00 | FA |
| 7 | JEWELRY | $75.00 | $0.00 | | $0.00 | FA |
| 8 | TERM LIFE | $0.00 | $0.00 | | $0.00 | FA |
| 9 | INCREDIBLE BULK VENDING | Unknown | $20,000.00 | | $17,370.40 | FA |
| 10 | 06 DODGE RAM 1500 | $7,950.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $8.57 | Unknown |

| TOTALS (Excluding unknown value) | $460,680.00 | $20,000.00 | | $17,378.97 | $0.00 |
| | | | | Gross Value of Remaining Assets | |

**Major Activities affecting case closing:**
SETTLEMENT OF VALUE OF SALE OF MACHINES ONGOING; DEBTOR WAIVED DISCHARGE; CHECKING CLAIMS; SETTLEMENT REACHED AND ORDER ENTERED 12/11/09; DEBTOR MAKING PAYMENTS THROUGH 10/15/11 THEN FINAL REPORT TO BE PREPARED; FINAL PAYMENT RECEIVED; TAX RETURNS PENDING

Initial Projected Date Of Final Report (TFR):   06/30/2010        Current Projected Date Of Final Report (TFR):   12/30/2012        /s/ DAVID E. GROCHOCINSKI
                                                                                                                                  DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-02188-DRC | | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- | --- |
| Case Name: | UNDERWOOD, THOMAS | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8722 | | | Money Market Acct #: | ******6065 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 1/26/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. | Wire in from JPMorgan Chase Bank, N.A. account ********6065 | 9999-000 | $11,425.80 | | $11,425.80 |
| 04/20/2010 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $11,732.90 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.39 | | $11,733.29 |
| 05/18/2010 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $12,040.39 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.50 | | $12,040.89 |
| 06/15/2010 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $12,347.99 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.51 | | $12,348.50 |
| 07/15/2010 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $12,655.60 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.53 | | $12,656.13 |
| 08/17/2010 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $12,963.23 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.53 | | $12,963.76 |
| 09/16/2010 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $13,270.86 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,270.96 |
| 10/19/2010 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $13,578.06 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,578.16 |
| 11/16/2010 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $13,885.26 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,885.36 |
| 12/20/2010 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $14,192.46 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $14,192.57 |
| 01/20/2011 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $14,499.67 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.12 | | $14,499.79 |
| 02/15/2011 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $14,806.89 |
| 02/15/2011 | 11003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-02188, Bond#016026455 | 2300-000 | | $9.75 | $14,797.14 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $14,797.25 |
| 03/22/2011 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $15,104.35 |
| | | | | SUBTOTALS | $15,114.10 | $9.75 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2  Exhibit 9

| Case No. | 09-02188-DRC |
|---|---|
| Case Name: | UNDERWOOD, THOMAS |
| Primary Taxpayer ID #: | ******8722 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/26/2009 |
| For Period Ending: | 2/8/2013 |

| Trustee Name: | David E. Grochocinski |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Money Market Acct #: | ******6065 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check/Ref.# | Paid to/Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.12 | | $15,104.44 |
| 04/25/2011 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $15,411.57 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.12 | | $15,411.69 |
| 05/23/2011 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $15,718.79 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $15,718.92 |
| 06/20/2011 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $16,026.02 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,026.15 |
| 07/15/2011 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $16,333.25 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,333.38 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $30.97 | $16,302.41 |
| 08/16/2011 | (9) | THOMAS UNDERWOOD | settlement payment | 1129-000 | $307.10 | | $16,609.51 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $16,609.64 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $38.27 | $16,571.37 |
| 09/19/2011 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $16,878.47 |
| 09/26/2011 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $17,185.57 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($1.12) | $17,186.69 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $17,186.82 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $34.32 | $17,152.50 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $17,152.64 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $34.07 | $17,118.57 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $17,118.71 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $37.52 | $17,081.19 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $17,081.33 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $35.09 | $17,046.24 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.14 | | $17,046.38 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $37.26 | $17,009.12 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $17,009.12 | $0.00 |
| | | | | SUBTOTALS | $2,151.15 | $17,255.50 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3                                                                                           Exhibit 9

| Case No. | 09-02188-DRC | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|
| Case Name: | UNDERWOOD, THOMAS | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8722 | | | Money Market Acct #: | ******6065 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 1/26/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | | | | | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $17,265.25 | $17,265.25 | |
| | | | Less: Bank transfers/CDs | | $11,425.80 | $17,009.12 | |
| | | | Subtotal | | $5,839.45 | $256.13 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $5,839.45 | $256.13 | |

**For the period of 1/26/2009 to 2/8/2013**

| Total Compensable Receipts: | $5,839.45 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,839.45 |
| Total Internal/Transfer Receipts: | $11,425.80 |

| Total Compensable Disbursements: | $256.13 |
|---|---|
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $256.13 |
| Total Internal/Transfer Disbursements: | $17,009.12 |

**For the entire history of the account between 04/06/2010 to 2/8/2013**

| Total Compensable Receipts: | $5,839.45 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,839.45 |
| Total Internal/Transfer Receipts: | $11,425.80 |

| Total Compensable Disbursements: | $256.13 |
|---|---|
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $256.13 |
| Total Internal/Transfer Disbursements: | $17,009.12 |

Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 09-02188-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | UNDERWOOD, THOMAS | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8722 | | Checking Acct #: | ******6066 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 1/26/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

$0.00

| | | | TOTALS: | | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 |
| | | | Subtotal | | $0.00 | $0.00 |
| | | | Less: Payments to debtors | | | $0.00 |
| | | | Net | | $0.00 | $0.00 |

For the period of 1/26/2009 to 2/8/2013                        For the entire history of the account between 04/06/2010 to 2/8/2013

| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 09-02188-DRC |
|---|---|
| Case Name: | UNDERWOOD, THOMAS |
| Primary Taxpayer ID #: | *****8722 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 1/26/2009 |
| For Period Ending: | 2/8/2013 |

| Trustee Name: | David E. Grochocinski |
|---|---|
| Bank Name: | Green Bank |
| Checking Acct #: | *****8801 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $17,009.12 | | $17,009.12 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Term: 2/1/12 to 2/01/13 | 2300-000 | | $15.12 | $16,994.00 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $20.35 | $16,973.65 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $28.27 | $16,945.38 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $25.58 | $16,919.80 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.30 | $16,892.50 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.25 | $16,865.25 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $26.33 | $16,838.92 |
| 08/14/2012 | 5002 | ILLINOIS DEPARTMENT OF REVENUE | | 2820-000 | | $107.00 | $16,731.92 |
| 10/25/2012 | | ILLINOIS DEPARTMENT OF REVENUE | Refund on Check# 5002 | 2820-002 | | ($5.08) | $16,737.00 |
| 11/09/2012 | 5003 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $2,487.90 | $14,249.10 |
| 11/09/2012 | 5004 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $5,002.50 | $9,246.60 |
| 11/09/2012 | 5005 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $292.98 | $8,953.62 |
| 11/09/2012 | 5006 | Scott, Horewich, Pidgeon & Abrams, LLC | Distribution on Claim #: ; | 3410-000 | | $1,927.50 | $7,026.12 |
| 11/09/2012 | 5007 | PRA Receivables Management, LLC as agent for | Distribution on Claim #: 1; | 7100-000 | | $4,501.43 | $2,524.69 |
| 11/09/2012 | 5008 | PYOD LLC its successors and assigns as assignee of | Distribution on Claim #: 2; | 7100-000 | | $857.70 | $1,666.99 |
| 11/09/2012 | 5009 | PYOD LLC its successors and assigns as assignee of | Distribution on Claim #: 3; | 7100-000 | | $200.21 | $1,466.78 |
| 11/09/2012 | 5010 | PYOD LLC its successors and assigns as assignee of | Distribution on Claim #: 4; | 7100-000 | | $269.33 | $1,197.45 |
| 11/09/2012 | 5011 | Recovery Management Systems Corporation | Distribution on Claim #: 5; | 7100-000 | | $1,197.45 | $0.00 |

| | SUBTOTALS | $17,009.12 | $17,009.12 |
|---|---|---|---|

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 6                                                                                           Exhibit 9

| Case No. | 09-02188-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | UNDERWOOD, THOMAS | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8722 | | | Checking Acct #: | ******8801 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 1/26/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  | $0.00 |

| | | | TOTALS: | | $17,009.12 | $17,009.12 |
| | | | Less: Bank transfers/CDs | | $17,009.12 | $0.00 |
| | | | Subtotal | | $0.00 | $17,009.12 |
| | | | Less: Payments to debtors | | $0.00 | $0.00 |
| | | | Net | | $0.00 | $17,009.12 |

**For the period of 1/26/2009 to 2/8/2013**

| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $17,009.12 |

| Total Compensable Disbursements: | $17,009.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,009.12 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/07/2012 to 2/8/2013**

| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $17,009.12 |

| Total Compensable Disbursements: | $17,009.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,009.12 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7  Exhibit 9

**Case No.:** 09-02188-DRC
**Case Name:** UNDERWOOD, THOMAS
**Primary Taxpayer ID #:** ******8722
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 1/26/2009
**For Period Ending:** 2/8/2013

**Trustee Name:** David E. Grochocinski
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Money Market Acct #:** ******6065
**Account Title:** Money Market Account
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/03/2009 | (9) | THOMAS L. UNDERWOOD | SALE OF VENDING MACHINES | 1129-000 | $7,000.00 | | $7,000.00 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.06 | | $7,000.06 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.27 | | $7,000.33 |
| 06/22/2009 | 1001 | EUNICE SACHS & ASSOCIATES | COURT REPORTER FEE | 2990-000 | | $105.00 | $6,895.33 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.30 | | $6,895.63 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.29 | | $6,895.92 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.29 | | $6,896.21 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.28 | | $6,896.49 |
| 10/26/2009 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $3,000.00 | | $9,896.49 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.29 | | $9,896.78 |
| 11/12/2009 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $10,203.88 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.42 | | $10,204.30 |
| 12/15/2009 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $10,511.40 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.43 | | $10,511.83 |
| 01/15/2010 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $10,818.93 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.41 | | $10,819.34 |
| 02/05/2010 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-02188, BOND#016026455 | 2300-000 | | $8.72 | $10,810.62 |
| 02/17/2010 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $11,117.72 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.41 | | $11,118.13 |
| 03/16/2010 | (9) | THOMAS UNDERWOOD | SETTLEMENT PAYMENT | 1129-000 | $307.10 | | $11,425.23 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | | 1270-000 | $0.50 | | $11,425.73 |
| 04/06/2010 | | Wire out to BNYM account ********6065 | Wire out to BNYM account ********6065 | 9999-000 | ($11,425.80) | | ($0.07) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.07 | | $0.00 |
| | | | | SUBTOTALS | $113.72 | $113.72 | |

Exhibit 9

Page No: 8

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-02188-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | UNDERWOOD, THOMAS | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******8722 | | Money Market Acct #: | ******6065 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 1/26/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| | **TOTALS:** | | $113.72 | $113.72 |
| | Less: Bank transfers/CDs | | ($11,425.80) | $0.00 |
| | **Subtotal** | | $11,539.52 | $113.72 |
| | Less: Payments to debtors | | $0.00 | $0.00 |
| | **Net** | | $11,539.52 | $113.72 |

**For the period of 1/26/2009 to 2/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $11,539.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,539.52 |
| Total Internal/Transfer Receipts: | ($11,425.80) |
| Total Compensable Disbursements: | $113.72 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113.72 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/22/2009 to 2/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $11,539.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,539.52 |
| Total Internal/Transfer Receipts: | ($11,425.80) |
| Total Compensable Disbursements: | $113.72 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113.72 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 9     Exhibit 9

| Case No. | 09-02188-DRC | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- |
| Case Name: | UNDERWOOD, THOMAS | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******8722 | | Checking Acct #: | ******6066 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 1/26/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

$0.00

| | | | TOTALS: | | $0.00 | $0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 |
| | | | Subtotal | | $0.00 | $0.00 |
| | | | Less: Payments to debtors | | $0.00 | $0.00 |
| | | | Net | | $0.00 | $0.00 |

For the period of 1/26/2009 to 2/8/2013           For the entire history of the account between 04/22/2009 to 2/8/2013

| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| --- | --- | --- | --- |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 10   Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-02188-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | UNDERWOOD, THOMAS | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******8722 | Checking Acct #: | ******6066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 1/26/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

ACCOUNT BALANCES  $0.00

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE |
|---|---|---|
| | $17,378.97 | $17,378.97 |

**For the period of 1/26/2009 to 2/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $17,378.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,378.97 |
| Total Internal/Transfer Receipts: | $17,009.12 |
| | |
| Total Compensable Disbursements: | $17,378.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,378.97 |
| Total Internal/Transfer Disbursements: | $17,009.12 |

**For the entire history of the case between 01/26/2009 to 2/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $17,378.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,378.97 |
| Total Internal/Transfer Receipts: | $17,009.12 |
| | |
| Total Compensable Disbursements: | $17,378.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,378.97 |
| Total Internal/Transfer Disbursements: | $17,009.12 |

/s/ DAVID E. GROCHOCINSKI
_____
DAVID E. GROCHOCINSKI